UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHEEK, | 1:10-cv-01664 MJS (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (ECF No. 2) |
| EZRA COSBY, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is detained pursuant to California Welfare and Institutions Code § 6600 *et seq.*. As such, he is a civil detainee, not a prisoner within the meaning of the Prison Litigation Reform Act and not subject to financial reporting requirements of that Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

In the instant action, Plaintiff has filed an application to proceed in forma pauperis. The Court has reviewed Plaintiff's application and finds that he is unable to afford the costs of this action. Accordingly, his motion to proceed in forma pauperis is **GRANTED**.

IT IS SO ORDERED.

Dated:   September 22, 2010          /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE