UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHEEK,<br><br>          Plaintiff,<br><br>vs.<br><br>EZRA CROSBY, *et al.*,<br><br>          Defendant. | Case No. 1:10-cv-01664-RRB<br><br>**ORDER REGARDING MOTION<br>AT DOCKET 22** |

At **Docket 22** Plaintiff Michael Cheek, a state prisoner appearing *pro se* and *in forma pauperis*, filed a Motion to Appoint Counsel.  Generally, a state prisoner has no right to counsel in civil actions.[1] "However, a court may under exceptional circumstances appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1).  When determining whether exceptional circumstances exist, a court must consider the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved. Neither of these considerations is dispositive and instead must be viewed together."[2]

Contrary to Cheeks contentions the this case does not present any complex legal issues. Indeed, as was noted in the Screening Order, neither the applicable law nor the

---

[1]      *See Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981) (holding that there is no constitutional right to appointed counsel for § 1983 claims).

[2]      *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (citations and internal quotation marks omitted).

factual issues involved in this case are unduly complex. Accordingly, Plaintiff's Motion to Appointment Counsel at **DOCKET 22** is **DENIED**.

      **IT IS SO ORDERED** this 18th day of March, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE