UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHEEK,<br><br>    Plaintiff,<br><br>vs.<br><br>EZRA COSBY, *et al.*,<br><br>    Defendant. | Case No. 1:10-cv-01664-RRB<br><br>**ORDER REGARDING RESPONSE TO MOTIONS AT DOCKETS 30, 34** |

Pending before this Court are two motions *in limine* seeking an order precluding the introduction of certain specified evidence at trial: one filed by Plaintiff and one filed by Defendants.[1]  In the event that either party has any objection to the other party's motion, such objection must be filed on or before **December 1, 2014**.  In the absence of any objections, the Court may grant the motion(s) without further notice.

**IT IS SO ORDERED** this 4th day of November, 2014.

                                                  S/ RALPH R. BEISTLINE
                                                UNITED STATES DISTRICT JUDGE

---

[1] Docket 30 (Plaintiff's motion); Docket 34 (Defendants' motion).