UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHEEK,<br><br>      Plaintiff,<br><br>vs.<br><br>EZRA COSBY, *et al.*,<br><br>      Defendant. | Case No. 1:10-cv-01664-RRB<br><br>**ORDER VACATING ORDERS<br>AT DOCKETS 37 and 38** |

On December 10, 2014, this Court entered its Order Granting Defendants' Motion for Summary Judgment at Docket 37. Concurrently therewith, the Clerk entered judgment thereon at Docket 38. Subsequently, on December 12, 2014, the Clerk docketed Plaintiff's Opposition to Defendant's Statement of Undisputed Facts at Docket 39, and his Opposition to Defendant's Motion for Summary Judgment at Docket 40.

A review of the documents filed at Dockets 39 and 40 indicates that, although not docketed until December 12, 2014, they were deposited for mailing on November 17, 2014, the deemed filing date under the "prison mailbox rule."[1] Thus, Cheek timely opposed Defendants' motion for summary judgment.

---

[1] *Houston v. Lack*, 487 U.S. 266, 276 (1988); *Porter v. Ollison*, 620 F.3d 952, 958 (9th Cir. 2010).

ORDER VACATING ORDER AT DOCKETS 37 and 38
*Cheek v. Cosby*, 1:10-cv-01664-RRB – 1

Accordingly, on the Court's own volition, the Order granting Motion for Summary Judgment entered at Docket 33 and the Judgment in a Civil Case entered at Docket 38 are hereby **VACATED**.[2]

Defendants may file a reply to Plaintiff's opposition not later than **January 9, 2015**.

**IT IS SO ORDERED** this 15th day of December, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[2] *See* Fed. R. Civ. P. 59(d).

ORDER VACATING ORDER AT DOCKETS 37 and 38
*Cheek v. Cosby*, 1:10-cv-01664-RRB – 2