UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHEEK,

        Plaintiff,

vs.

EZRA COSBY, *et al.*,

        Defendant.

Case No. 1:10-cv-01664-RRB

**ORDER REGARDING MOTION AT DOCKET 49**

At **Docket 49** Plaintiff Michael Cheek has moved for reconsideration of the order to pay fees. The Court of Appeals issued an Order directing Cheek to: (1) file a motion in that court to proceed in forma pauperis; (2) pay $505 to the district court as the docketing fee; or (3) otherwise show cause why the appeal should not be dismissed.[1] Cheek's motion, apparently in response to that order, was erroneously filed in this Court.

Accordingly, the Clerk of the Court is directed to forward the Motion at **Docket 49** to the Clerk of the Court for the Ninth Circuit, together with a copy of this Order, for such further action as that court may deem necessary or appropriate.

**IT IS SO ORDERED** this 27th day of February, 2015

                        S/ RALPH R. BEISTLINE
                        UNITED STATES DISTRICT JUDGE

---

[1] Docket 48; Ninth Circuit Case 15-15156, Docket 2-1.